Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Randolph M. Fiedler
Assistant Federal Public Defender
Nevada Bar No. 12577
Randolph_Fiedler@fd.org
*Stacy Newman
Assistant Federal Public Defender
Nevada State Bar No. 14245
Stacy_Newman@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

*Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Lisle,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Gittere, Daniels, et al.,<br><br>　　　　Defendants. | Case No. 3:21-cv-00445-MMD-CLB<br><br>**Stipulated Extension of Time for Plaintiff to File Amended Complaint and Proposed Order** |

Following proceedings in Mr. Kevin Lisle's habeas action in Case No. 2:03-cv-1006, this Court directed that a 42 USC §1983 action be opened on behalf of Mr. Lisle. ECF No. 2 at 2. A declaration of Mr. Lisle's was filed as the operative complaint, ECF No. 1, and this Court directed that Plaintiff file an amended complaint on November 15, 2021. *See* ECF No. 2 at 2.

Plaintiff and Defendants hereby stipulate and agree to extend the time period for filing the amended complaint for 45 days, as follows:

Plaintiff's amended complaint shall be due December 30, 2021.

This extension is warranted because the parties will be participating in a deposition and document disclosure, as was ordered in Plaintiff's habeas case, on November 12, 2021. Good cause exists for this extension because it will allow sufficient time for Plaintiff to incorporate any information uncovered by that discovery into the amended complaint.

DATED this 10th day of November, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | AARON FORD<br>Nevada Attorney General |
| */s/ Stacy Newman*<br>STACY NEWMAN<br>Assistant Federal Public Defender<br>Counsel for Plaintiff | */s/ Nathan Holland*<br>NATHAN HOLLAND<br>Deputy Attorney General<br>Counsel for Defendants |

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 15, 2021