AARON D. FORD
  Attorney General
D. Randall Gilmer
  Chief Deputy Attorney General
Office of the Attorney General
State of Nevada
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3427 (phone)
(702) 486-3773 (fax)
Email: drgilmer@ag.nv.gov

*Attorneys for Defendants*
*Lora Chan and William Miller*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN LISLE,<br><br>       Plaintiff,<br><br>vs.<br><br>GITTERE, et al.,<br><br>       Defendants. | Case No. 3:21-cv-00445-MMD-CLB<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and through counsel, Stacy M. Newman, on behalf of Plaintiff Kevin Lisle, and D. Randall Gilmer, Chief Deputy Attorney General, on behalf of Defendants Lora Chan and Timothy Rigali (as well as any other current or former defendant not previously dismissed from this action), and pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 31st day of October, 2022.   DATED this 31st day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　　　　Attorney General

By: /s/ *Stacy M. Newman, with consent*　　By: /s/ *D. Randall Gilmer*
　　Stacy M. Newman, NV Bar No. 14245　　　　D. Randall Gilmer, NV Bar No. 14001
　　Assistant Federal Public Defender　　　　　Chief Deputy Attorney General
　　Federal Public Defender's Office　　　　　*Attorneys for Defendants*
　　District of Nevada
　　411 E. Bonneville Ave., Ste. 250
　　Las Vegas, NV 89101
　　*Attorneys for Plaintiff, Kevin Lisle*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___November 4___, 2022.

_____
UNITED STATES DISTRICT JUDGE